IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CEDRIC WAYNE BAGBY,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN STANLEY,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   1:16-CV-739-RWS<br>:<br>:<br>: |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 3]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 3] is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is DISMISSED without prejudice under 28 U.S.C. § 1915(g). The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 12th day of April, 2016.

_____
RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)